IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00141-MJW-02

UNITED STATES OF AMERICA,

Plaintiff,

vs.

THOMAS WILLIAMS,

Defendant.

---

**ORDER TO SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

IT IS ORDERED that Defendant, THOMAS WILLIAMS, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, Federal Correctional Institution Satellite Camp-Englewood, Littleton, on December 4, 2012, by 12:00 noon, and will travel at his own expense.

DATED at Denver, Colorado, this 30th day of October, 2012.

BY THE COURT:

Michael J. Watanabe

MICHAEL J. WATANABE
United States Magistrate Judge